TERESA C. CHOW (SBN 237694)
*tchow@bakerlaw.com*
ALEXANDER VITRUK (SBN 315756)
*avitruk@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:     310.820.8800
Facsimile:      310.820.8859

*Attorneys for Defendant*
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL QUINTO, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No.: 3:22-cv-04428-TSH<br><br>**NOTICE OF *ERRATA* REGARDING DEFENDANT'S CASE OPENING AND REQUEST TO CLOSE CASE**<br><br>State Court Action Filed:   June 16, 2022<br>Action Removed:                 July 30, 2022 |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that on Friday, July 29, 2022, Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Defendant") filed a Notice of Removal (Dkt. #1 through Dkt. #1-1) in the United States District Court for the Northern District of California, Case No.: 3:22-cv-04429-LB ("Case No.: 04429"). During the process of filing its Notice of Removal, Defendant encountered technical difficulties with CM/ECF, which resulted in the erroneous filing and opening of the above-captioned action ("Action") on Saturday, July 30, 2022. This Action is duplicative of Case No. 04429.

Defendant respectfully requests that the Court administratively close this Action, as the parties have proceeded in Case No.: 04429, and will not be proceeding with any further filings this Action.

Respectfully submitted,

Dated: August 11, 2022          **BAKER & HOSTETLER LLP**

By:  */s/Teresa C. Chow*
     TERESA C. CHOW

*Attorneys for Defendant*
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA